United States District Court

For the Middle District of Georgia

Joseph Alexander

        Plaintiff                          Case No.

v.

Dawn Hill- Kearse, Sergio Jimenez        Jury Trial demanded

        Defendant

RECV'D JAN 26 '26 AM 10:38  MDGA-MAC

## COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendants conspired together and intentionally delayed the calendar of motions, in violation of due process,

2. The basis for this court's jurisdiction is federal law.

## RELIEF

Plaintiff demands compensation of $500,000.

## CERTIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

1/10/2026