**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JOSEPH ALEXANDER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO.** |
| **v.** | : | **5:26-CV-35 (CAR)** |
| | : | |
| **DAWN HILL-KEARSE and SERGIO JIMINEZ,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER DISMISSING CASE**

On February 19, 2026, the Court granted *pro se* Plaintiff Joseph Alexander's motion to proceed *in forma pauperis* but found Plaintiff failed to allege facts sufficient to state any viable claim for relief.[1] Because of his *pro se* status, the Court afforded him an opportunity to file a recast complaint. The Court warned Plaintiff his failure to respond within twenty-one (21) days would result in dismissal of this action. Plaintiff has failed to file any recast complaint, and the time to do so has now expired. Therefore, the Court hereby **DISMISSES** this case.

**SO ORDERED,** this 30th day of October, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

[1] Order on Motion to Proceed *In Forma Pauperis* [Doc. 3].