IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOSEPH ALEXANDER, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00035-CAR |
| | * | |
| DAWN HILL-KEARSE et al, | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated October 30, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 30th day of October, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk